# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **CHRISTOPHER SPROLES**, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 2:21CV00016 |
| v. | ) **ORDER** |
| **GENERAL MOTORS LLC**, | ) Judge James P. Jones |
| Defendant. | ) |

It appearing that an amended class action complaint has not been timely filed, it is **ORDERED** that this action is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

The Clerk shall close the case and cancel any hearings or trial.

ENTER: October 6, 2021

/s/  James P. Jones
Senior United States District Judge